**Vera Bunnell, appellee, v. Harry M. Bunnell, appellant. Gen. No. 7,658.**

Wife's suit for divorce for cruelty and for custody of minor child. Decree granted with custody in part to complainant and part to defendant. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Hartzell, Cavanagh, Martin & Hartzell, for appellant. Wilson & Schmiedeskamp, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**J. A. Oberman and M. S. Oberman, suing for use of First National Bank of Springfield, appellees, v. Camden Fire Insurance Association, appellant. Gen. No. 7,664.**

Suit on draft negotiated to bank as security for debt. Judgment for plaintiffs. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

McGoorty, Silber, Isaacs & Woley and Brown, Hay & Stephens, for appellant. Barber & Barber, for appellees.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**J. A. Oberman and M. S. Oberman, appellee, v. United States Fire Insurance Company of New York, appellant. Gen. No. 7,665.**

Suit on fire insurance policy, further facts and circumstances giving rise to case being given in Oberman v. Camden Fire Insurance Ass'n supra. Judgment for plaintiffs. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

McGoorty, Silber, Isaacs & Woley and Brown, Hay & Stephens, for appellant. Graham & Graham, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**The National Bank of Jerseyville, appellant, v. Otto G. Goode and George Rathgeber, appellees. Gen. No. 7,666.**

Replevin for goods seized in foreclosure of mortgage. Judgment for plaintiffs with writ of *retorno habendo*. Appeal from the Circuit Court of Greene county; the Hon. Mark Meyerstein, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed January 10, 1924.

Hamilton & Cross, for appellant. F. A. Whiteside, for appellees.

Mr. Presiding Justice Heard delivered the opinion of the court.